UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on October 26, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

IN RE:

KARLENE WOOLERY

Case No.:  18-25446SLM

Hearing Date:  10/24/2018

Judge:  STACEY L. MEISEL

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: October 26, 2018

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 18-25446SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 10/24/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $586.00 by 10/31/2018 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 11/28/2018 at 8:30 a.m..

United States Bankruptcy Court
District of New Jersey

In re:  
Karlene Woolery  
    Debtor

Case No. 18-25446-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 29, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2018.  
db        +Karlene Woolery,    24 Columbia Street,    Morristown, NJ 07960-3868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Jill Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      Walter D. Nealy    on behalf of Debtor Karlene  Woolery nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com  
      TOTAL: 6