UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WALTER D. NEALY, PC
ATTORNEY AT LAW
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: (201) 227-0063
Fax: (201) 227-6118
Email: nealylaw@gmail.com

Order Filed on November 16, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Karlene Woolery

Case Number:    18-25446-SLM

Hearing Date:    November 14, 2018

Judge:    Stacey L. Meisel

Chapter:    13

Recommended Local Form:    [X] Followed    [ ] Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by _____Walter D. Nealy_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to **all creditors properly served** is reinstated effective the date of this order.

*rev.7/12/16*