| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 24,<br>2019 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br>    KARLENE WOOLERY | Case No.:  18-25446<br><br>Hearing Date:  01/23/2019<br><br>Judge:  STACEY L. MEISEL |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: January 24, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): KARLENE WOOLERY

Case No.: 18-25446SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 01/23/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 1/23/2019 of the plan filed on 08/13/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 02/13/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:  
Karlene Woolery  
    Debtor

Case No. 18-25446-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jan 24, 2019  
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2019.  
db        +Karlene Woolery,   24 Columbia Street,   Morristown, NJ 07960-3868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                                                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2019 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jill Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A rsolarz@kmllawgroup.com  
        Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        Walter D. Nealy    on behalf of Debtor Karlene Woolery nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com  
                                                                                                                                                                                         TOTAL: 7