| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> **Select Portfolio Servicing, Inc. as servicer for ABS REO TRUST VI** <br><br> Aleisha C. Jennings, Esq. (AJ-049302015) | CASE NO.: 18-25446-SLM <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br><br> **Karlene Woolery,** <br><br>     **Debtor.** | |

### **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Select Portfolio Servicing, Inc. as servicer for ABS REO TRUST VI ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Modified Chapter 13 Plan (DE # 47), and states as follows:

1. Debtor, Karlene Woolery, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on August 1, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 24 Columba St, Morristown, NJ 07960, by virtue of a Mortgage recorded on August 21, 2003 in MB 15227, at Page 201 of the Public Records of Morris County, NJ. Said Mortgage secures a Note in the amount of $100,000.00.

3. The Debtor filed a Modified Chapter 13 Plan on March 26, 2019.

4. The Plan proposes to value the property at $270,000.00 and reclassify Secured Creditor's claim as unsecured while paying $141,402.25. Secured Creditor disputes this valuation. Until a final determination on valuation occurs, it would be premature to consider confirming Debtor's Plan.

5. The Plan proposes to pay no interest, which is inadequate to assure that property distributed to Secured Creditor under the plan will have a value, as of the effective date of the plan that is not less than the allowed amount of such claim.

6. In *Till v. SCS Credit Corp.*, 541 U.S. 465, 124 S.Ct. 1951(2004), the U.S. Supreme Court addressed the appropriate cram down interest rate under 11 U.S.C. § 1325(a)(5)(B)(ii). *Till* adopts the "formula approach," which looks to the national prime rate, as reported daily in the press, and adds and appropriate "risk adjustment." Although *Till* does not specify what the risk adjustment should be, it states that courts generally approve adjustments of 1-3%. Accordingly, Secured Creditor maintains that, lacking evidence to the contrary, a risk adjustment of 2% is reasonable.

7. The prime rate, as published in the Wall Street Journal, is currently 5.25%. Accordingly, Secured Creditor maintains the Court should not approve a cram down interest rate less than 7.25%.

8. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

> RAS Citron, LLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
>
>
> By: /s/Aleisha C. Jennings
> Aleisha C. Jennings, Esquire
> NJ Bar Number (AJ-049302015)
> Email: ajennings@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br><br>**DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>**Select Portfolio Servicing, Inc. as servicer for ABS REO TRUST VI**<br><br>Aleisha C. Jennings, Esq. (AJ-049302015) | CASE NO.: 18-25446-SLM<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Karlene Woolery,**<br><br>       **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Aleisha C. Jennings, represent **Select Portfolio Servicing, Inc. as servicer for ABS REO TRUST VI** in this matter.

2. On April 24, 2019, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Debtor's Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

April 24, 2019

                RAS Citron, LLC
                Attorney for Secured Creditor
                130 Clinton Road, Suite 202
                Fairfield, NJ 07004
                Telephone Number 973-575-0707

                By: **/s/Aleisha C. Jennings**

Aleisha C. Jennings, Esquire
NJ Bar Number (AJ-049302015)
Email: ajennings@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Walter D. Nealy<br>100 South Van Brunt St.<br>Englewood, NJ 07631 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Karlene Woolery<br>24 Columbia Street<br>Morristown, NJ 07960 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |