**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: September 1, 2018

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:   Karlene Woolery

Debtor(s)

Case No.: 18-25446-SLM

Judge: Stacey L. Meisel

## Chapter 13 Plan and Motions

☐ Original   ☐ Modified/Notice Required   Date: 5/8/2019
☐ Motions Included   ☒ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __wdn__   Initial Debtor: __kw__   Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ __293.00__ per __month__ to the Chapter 13 Trustee, starting on __9/1/2018__ for approximately __60__ months. *See Part 10*

b. The debtor shall make plan payments to the Trustee from the following sources:

- ☒ Future earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☒ Loan modification with respect to mortgage encumbering property:
  Description: 24 Columba Street, Morristown, NJ
  Proposed date for completion: 8/30/2019

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection ☐ NONE

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ ____2940.00____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____Kondaur Capital Corporation____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,510.00 |
| DOMESTIC SUPPORT OBLIGATION | | 0 |
| Internal Revenue | Taxes and Certain other debts | 42,243.57 |
| State of NJ | Taxes and certain other debts | 6,303.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Kondaur Capital Corporation | 24 Columba Street Morristown, NJ 07960 Residence: Two family house | 190,000.00 | 0.00 | 0.00 | 2,940.00 |
| Bank of America Mortgage | 24 Columba Street, Morristown, NJ 07960 Residence: two fa,ily | 209,772.48 | 0.00 | 0.00 | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

f. **Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

g. **Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

| Part 6: | Executory Contracts and Unexpired Leases ☒ NONE |
|---|---|

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

| Part 7: | Motions ☒ NONE |
|---|---|

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

   a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:  Other Plan Provisions

    a. **Vesting of Property of the Estate**

        ☒  Upon confirmation

        ☐  Upon discharge

    b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims   5) Priority Claims
3) Secured Claims                6) Genersl Unsecured Claims
4) Lease Arrearsges

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 3/26/19

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Not to Cram Down Secured Creditor | Provide loan Modification of 1st and 2nd mortgage |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☐ NONE

☒ Explain here:
$1,533.00 per month for 52 months

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: May 8, 2019                               /s/ Karlene Woolery
                                                Debtor

Date: _____                           _____
                                                Joint Debtor

Date: May 8, 2019                               /s/ Walter D. Nealy
                                                Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25446-SLM
Karlene Woolery                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin           Page 1 of 2          Date Rcvd: May 09, 2019
                          Form ID: pdf901       Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
```
db            +Karlene Woolery,    24 Columbia Street,    Morristown, NJ 07960-3868
518184310     +ABS REO TRUST VI,    RAS Citron, LLC,   130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518179213     +ABS REO TRUST VI,    RAS Boriskin, LLC,    900 Merchants Concourse, Suite 310,
               Westbury, NY 11590-5114
518101989      ABS REO Trust VI, et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518101990      ABS REO Trust VI, et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
               ABS REO Trust VI, et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517679893    ++++ASSET ACCEPTANCE LLC,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ  07102-5415
              (address filed with court:  Asset Acceptance LLC,    1037 Raymond Blv, Suite 710,
               Newark, NJ 07102)
517754263      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
517679891     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517679892      Anesthesia Asocciates of Morristown,    C/O DAVID B. WATNER, Esq,    11290 Bloomfeild Ave,
               Caldwell, NJ 07006
517806811      Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517679894     +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
517679896     +DTM Consulting LLC,    301 Third Avenue,    Ocean City, NJ 08226-4007
517679895     +Discover Bank,    325 Chestnut Street. 501,    Philadelphia, PA 19106-2605
517679897     +Epstein Ostrove LLC,    200 Metroplex Dr, Suite 304,    Edison, NJ 08817-2600
517679898     +Federal National Mortgage Assoication,     14221 Dallas Parkway, Suite 1000,
               Dallas, TX 75254-2946
517679901     +KML Law Group,    216 Hadden Avenue,   Suite 406,    Westmont, NJ 08108-2812
517679902     +McElroy, Deutsch , Mulvaney, Cartpenter,,    1300 Mount Kemble Ave,    Morristown, NJ 07960-8009
517721173     +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
               Warren MI 48090-2036
517679903     +Morris County Sheriff,    Foreclure Unit,   560 Hanover Avenue,    Morristown, NJ 07960-2500
517679904     +NEW CENTURY FINANCIAL SERVICE,    Attn: PRESSLER & PRESSLER,    7 ENTIN ROAD,
               Parsippany, NJ 07054-5020
517679905    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  New Jersey Division of Taxation,    PO Box 245,
               Trenton, NJ 08695-0245)
517679908      Superior Court Law Divison- Morris Co,    Washington Street,    Morristown, NJ 07960
517679910     +Township of Chester,    1 Parker Dr,   Chester, NJ 07930-3203
518144053      Wilmington Savings Fund Society,    Kondaur Capital Corporation,
               333 South Anita Drive, Suite 400,    Orange, CA 92868-3314
518144054     +Wilmington Savings Fund Society,    Kondaur Capital Corporation,
               333 South Anita Drive, Suite 400,    Orange, CA 92868-3314,    Wilmington Savings Fund Society,
               Kondaur Capital Corporation 92868-3314
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 23:53:59      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 23:53:57      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517679900      E-mail/Text: cio.bncmail@irs.gov May 09 2019 23:53:23      Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA 19101-7346
517679909     +E-mail/PDF: gecsedi@recoverycorp.com May 10 2019 00:01:18      Syncb/lord & Tay,    Po Box 965015,
               Orlando, FL 32896-5015
                                                                                              TOTAL: 4
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517679907      State of NJ,   Unknown address,    Trenton, NJ 08605
517717514*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO BOX 245,   Trenton NJ 08695-0245)
517679899    ##+Fein Such, Khan and Shepard,    7Century Drive,    Parsippany, NJ 07054-4673
517679906    ##+Penn Credit Corporatio,    916 S 14th St,   Harrisburg, PA 17104-3425
                                                                                 TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 09, 2019
                               Form ID: pdf901          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:

```
          Aleisha Candace Jennings    on behalf of Creditor    ABS REO Trust VI ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    ABS REO Trust VI dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
           NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
          Jill Manzo    on behalf of Creditor    KONDAUR CAPITAL CORPORATION AS SERVICER FOR WILMINGTON
           SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER
           TRUSTEE OF MATAWIN VENTURES TRUST SERIES 2018-3 bankruptcy@feinsuch.com
          Laura M. Egerman    on behalf of Creditor    ABS REO Trust VI bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Phillip Andrew Raymond    on behalf of Creditor    ABS REO Trust VI as serviced by Select Portfolio
           Servicing, Inc. phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    ABS REO Trust VI rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Walter D. Nealy    on behalf of Debtor Karlene  Woolery nealylaw@gmail.com,
           r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
                                                                                             TOTAL: 13
```