Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−25446−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Karlene Woolery
  24 Columbia Street
  Morristown, NJ 07960

Social Security No.:
  xxx−xx−9665

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/13/18 and a confirmation hearing on such Plan has been scheduled for 9/26/18.

The debtor filed a Modified Plan on 5/9/19 and a confirmation hearing on the Modified Plan is scheduled for 6/12/19 at 8:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: May 13, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-25446-SLM
Karlene Woolery                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 13, 2019
                              Form ID: 186             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
```
db              +Karlene Woolery,    24 Columbia Street,    Morristown, NJ 07960-3868
518184310       +ABS REO TRUST VI,    RAS Citron, LLC,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518179213       +ABS REO TRUST VI,    RAS Boriskin, LLC,    900 Merchants Concourse, Suite 310,
                  Westbury, NY 11590-5114
518101989        ABS REO Trust VI, et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518101990        ABS REO Trust VI, et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250,
                  ABS REO Trust VI, et. al.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517679893      ++++ASSET ACCEPTANCE LLC,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ 07102-5415
                 (address filed with court:    Asset Acceptance LLC,    1037 Raymond Blv, Suite 710,
                  Newark, NJ 07102)
517754263        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern  PA 19355-0701
517679891       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517679892        Anesthesia Asocciates of Morristown,    C/O DAVID B. WATNER, Esq,    11290 Bloomfeild Ave,
                  Caldwell, NJ 07006
517806811        Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517679894       +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
517679896       +DTM Consulting LLC,    301 Third Avenue,    Ocean City, NJ 08226-4007
517679895       +Discover Bank,    325 Chestnut Street. 501,    Philadelphia, PA 19106-2605
517679897       +Epstein Ostrove LLC,    200 Metroplex Dr, Suite 304,    Edison, NJ 08817-2600
517679898       +Federal National Mortgage Assoication,    14221 Dallas Parkway, Suite 1000,
                  Dallas, TX 75254-2946
517679901       +KML Law Group,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517679902       +McElroy, Deutsch , Mulvaney, Cartpenter,,    1300 Mount Kemble Ave,    Morristown, NJ 07960-8009
517721173       +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                  Warren MI 48090-2036
517679903       +Morris County Sheriff,    Forecloure Unit,    560 Hanover Avenue,    Morristown, NJ 07960-2500
517679904       +NEW CENTURY FINANCIAL SERVICE,    Attn: PRESSLER & PRESSLER,    7 ENTIN ROAD,
                  Parsippany, NJ 07054-5020
517679905      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:    New Jersey Division of Taxation,    PO Box 245,
                  Trenton, NJ 08695-0245)
517679908        Superior Court Law Divison- Morris Co,    Washington Street,    Morristown, NJ 07960
517679910       +Township of Chester,    1 Parker Dr,    Chester, NJ 07930-3203
518144053        Wilmington Savings Fund Society,    Kondaur Capital Corporation,
                  333 South Anita Drive, Suite 400,    Orange, CA 92868-3314
518144054       +Wilmington Savings Fund Society,    Kondaur Capital Corporation,
                  333 South Anita Drive, Suite 400,    Orange, CA 92868-3314,    Wilmington Savings Fund Society,
                  Kondaur Capital Corporation 92868-3314
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:53     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517679900        E-mail/Text: cio.bncmail@irs.gov May 14 2019 00:04:07     Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
517679909       +E-mail/PDF: gecsedi@recoverycorp.com May 14 2019 00:08:26     Syncb/lord & Tay,    Po Box 965015,
                  Orlando, FL 32896-5015
                                                                                              TOTAL: 4
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517679907        State of NJ,    Unknown address,    Trenton, NJ 08605
517717514*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:    State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517679899      ##+Fein Such, Khan and Shepard,    7Century Drive,    Parsippany, NJ 07054-4673
517679906      ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 13, 2019
                              Form ID: 186             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    ABS REO Trust VI ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    ABS REO Trust VI dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill  Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL
           NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
          Jill  Manzo    on behalf of Creditor    KONDAUR CAPITAL CORPORATION AS SERVICER FOR WILMINGTON
           SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER
           TRUSTEE OF MATAWIN VENTURES TRUST SERIES 2018-3 bankruptcy@feinsuch.com
          Laura M. Egerman    on behalf of Creditor    ABS REO Trust VI bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Phillip Andrew Raymond    on behalf of Creditor    ABS REO Trust VI as serviced by Select Portfolio
           Servicing, Inc. phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    ABS REO Trust VI rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Walter D. Nealy    on behalf of Debtor Karlene  Woolery nealylaw@gmail.com,
           r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
                                                                                             TOTAL: 13
```