| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 13, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br>    KARLENE WOOLERY | Case No.:  18-25446<br><br>Hearing Date:  06/12/2019<br><br>Judge:  STACEY L. MEISEL |

### ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: June 13, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): KARLENE WOOLERY

Case No.: 18-25446SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/12/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/12/2019 of the plan filed on 05/08/2019, is denied; and it is further

ORDERED, that Debtor must file a modified plan and certificate of service on modified plan by 6/19/2019 or the case will be dismissed; and it is further

ORDERED, that Debtor must file a motion to re-enter Loss Mitigation Program by 6/19/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on Confirmation shall be adjourned to 7/10/2019 at 8:30:00AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-25446-SLM
Karlene Woolery                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 13, 2019
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2019.
db             +Karlene Woolery,    24 Columbia Street,    Morristown, NJ 07960-3868

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2019 at the address(es) listed below:
      Aleisha Candace Jennings    on behalf of Creditor    ABS REO Trust VI ajennings@rasflaw.com
      Denise E. Carlon    on behalf of Creditor    ABS REO Trust VI dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jill Manzo    on behalf of Creditor    KONDAUR CAPITAL CORPORATION AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE OF MATAWIN VENTURES TRUST SERIES 2018-3 bankruptcy@feinsuch.com
      Jill Manzo    on behalf of Creditor    SETERUS, INC., as authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION bankruptcy@feinsuch.com
      Laura M. Egerman    on behalf of Creditor    ABS REO Trust VI bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Phillip Andrew Raymond    on behalf of Creditor    ABS REO Trust VI as serviced by Select Portfolio Servicing, Inc. phillip.raymond@mccalla.com
      Rebecca Ann Solarz    on behalf of Creditor    ABS REO Trust VI rsolarz@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A rsolarz@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    MTGLQ INVESTORS, L.P. rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      Walter D. Nealy    on behalf of Debtor Karlene  Woolery nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
                                                                                                       TOTAL: 13